**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-6904**

———————

CARL GRAY,

                              Plaintiff - Appellant,

        versus

BEDFORD COUNTY JAIL DOCTOR; J. WATSON,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Chief District Judge.  (CA-94-603-R)

———————

Submitted:  December 19, 1995        Decided:  January 16, 1996

———————

Before HALL, WILKINS, and LUTTIG, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Carl Gray, Appellant Pro Se.  Maryellen F. Goodlatte, Phillip Richard Lingafelt, GLENN, FLIPPIN, FELDMANN & DARBY, Roanoke, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Gray v. Bedford County Jail Doctor, No. CA-94-603-R (W.D. Va. June 5, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2